1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9    Robert Edward Johnson,                    No. CV-18-02864-PHX-SHR

10                   Petitioner,                **ORDER**

11    v.

12    Charles L Ryan, et al.,

13                   Respondents.

14

15        On August 17, 2020, Magistrate Judge D. Thomas Ferraro issued a Report and

16    Recommendation ("R&R") in which he recommended the Court dismiss Petitioner

17    Robert Edward Johnson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §

18    2254 ("Petition"). (Doc. 17.) The R&R notified the parties they had fourteen (14) days

19    from the date of the R&R to file any objections. No objections have been filed.

20        If neither party objects to a magistrate judge's report and recommendation, the

21    District Court is not required to review the magistrate judge's decision under any

22    specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the

23    statute for review of a magistrate judge's recommendation "does not preclude further

24    review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or

25    any other standard." *Thomas*, 474 U.S. at 154.

26        The Court has reviewed the Petition (Doc. 1), the Respondent's Response (Doc.

27    16), and Judge Ferraro's R&R (Doc. 17). The Court finds the R&R well-reasoned and

28    agrees with Judge Ferraro's conclusions.

IT IS ORDERED the R&R is ADOPTED (Doc. 17) and Robert Edward Johnson Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED and DISMISSED (Doc. 1). The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 22nd day of October, 2020.


Honorable Scott H. Rash
United States District Judge

- 2 -